Sean P. Conboy, No. 214487
Michael P. Sweeney, No. 220462
Joseph A. Kaufman, No. 228319
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
633 W. 5th St., 51st Floor
Los Angeles, CA 90071
Telephone: 213.833.4500
Facsimile: 213.833.4555

Attorneys for Defendants
VOLKSWAGEN GROUP OF AMERICA, INC., VW CREDIT, INC. and AUDI WESTWOOD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN OH, an individual; SANG OH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA dba AUDI OF AMERICA, INC., a New Jersey corporation; VW CREDIT, INC. dba AUDI FINANCIAL SERVICES, a Delaware corporation; AMR AUTO DISTRIBUTORS, INC. dba PRIME MOTOR GROUP (WESTWOOD AUDI), a Massachusetts corporation; DOES 1 through 10, inclusive,<br><br>Defendant. | No. CV12-3830-MRW<br><br>Magistrate Judge: ~~Robert R.~~ Wilner<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 2, 2012<br>Trial Date: February 19, 2013 |

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice.

///

CBM-LA\LA112104

ORDER DISMISSING ACTION WITH PREJUDICE

1  DATED: January 24, 2013

*[signature]*

~~HON. ROBERT R. WILNER~~
MAGISTRATE JUDGE
Michael R. Wilner

CBM-LA\LA112104                        -2-

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE