1  Sean P. Conboy, No. 214487
2  Michael P. Sweeney, No. 220462
   Joseph A. Kaufman, No. 228319
3  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
4  633 W. 5th St., 51st Floor
   Los Angeles, CA 90071
5  Telephone: 213.833.4500
   Facsimile: 213.833.4555

6  Attorneys for Defendants
7  VOLKSWAGEN GROUP OF AMERICA, INC., VW
   CREDIT, INC. and AUDI WESTWOOD

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  JIN OH, an individual; SANG OH, an individual, | No. CV12-3830-MRW |
| 12  Plaintiffs, | Magistrate Judge: ~~Robert R.~~ Wilner |
| 13  v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| 14  VOLKSWAGEN GROUP OF AMERICA dba AUDI OF AMERICA, INC., a New Jersey corporation; VW CREDIT, INC.dba AUDI FINANCIAL SERVICES, a Delaware corporation; AMR AUTO DISTRIBUTORS, INC. dba PRIME MOTOR GROUP (WESTWOOD AUDI), a Massachusetts corporation; DOES 1 through 10, inclusive, | Complaint Filed: May 2, 2012<br>Trial Date: February 19, 2013 |
| 21  Defendant. | |

23  The parties have stipulated that the action should be dismissed with
24  prejudice. Accordingly, the entire action is dismissed with prejudice.
25  ///

CBM-LA\LA112104

ORDER DISMISSING ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | DATED: January 24, 2013 |
| 2 | |
| 3 | |
| 4 | ~~HON. ROBERT R. WILNER~~<br>MAGISTRATE JUDGE<br>Michael R. Wilner |
| 5 | |

1
2
3
4  ~~HON. ROBERT R. WILNER~~
5  MAGISTRATE JUDGE
   Michael R. Wilner
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CBM-LA\LA112104                    -2-

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE